STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDWARD T. BENTON, JR., PLAINTIFF IN ERROR.

Submitted February 11, 1927—Decided May 16, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 421.

For the defendant in error, *Vincent J. Barnitt.*

For the plaintiff in error, *Isadore Klenert.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.